UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLIVIA MORA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SEATTLE ET AL,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-01084-TL<br><br>ORDER REGARDING JOINT STATUS REPORT |

　　　　Pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 17), the Parties were required to complete the FRCP 26(f) Conference by no later than November 27, 2024, and submit a Joint Status Report and Discovery Plan to the Court by no later than December 26, 2024 (*id.* at 1).

　　　　On December 18, 2024, Plaintiff submitted a letter to the Court indicating that the Parties had been unable to complete the requisite 26(f) conference in November due to a medical emergency. Dkt. No. 19. On December 26, Defendants submitted a status report and declaration

ORDER REGARDING JOINT STATUS REPORT - 1

explaining their efforts to complete the 26(f) conference. Dkt. Nos. 20 (status report), 21 (declaration). In the declaration, Defendants noted that the 26(f) conference had been scheduled for November 20, but Plaintiff had been unprepared to discuss the discovery plan. Dkt. No. 21 ¶¶ 3–4. The conference was rescheduled for November 26, but was canceled by Plaintiff. *Id.* ¶ 5. The conference was finally rescheduled for November 27, when Plaintiff canceled due to a medical emergency. *Id.* ¶ 7.

While good cause appears to exist for Plaintiff's cancellation of the 26(f) conference scheduled for November 27, she offers no explanation for the cancellation of the prior 26(f) conferences or why the Parties have been unable to complete the 26(f) conference following her medical emergency. Thus, the Parties are advised that although the Court will reset the deadlines for the Parties to complete the FRCP 26(f) conference and submit a Joint Status Report and Discovery Plan to the Court, it will not further extend the deadlines absent a showing of good cause.

Accordingly, the deadlines in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 17) are hereby reset as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 1/31/2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 2/14/2025 |

Dated this 2nd day of January 2025.

Tana Lin
United States District Judge

ORDER REGARDING JOINT STATUS REPORT - 2